NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**DENISE L. ROBINSON,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE INTERIOR,**
*Respondent.*

———————————

2014-3176

———————————

Petition for review of the Merit Systems Protection Board in No. DC-0752-0580-I-1.

———————————

**ON MOTION**

———————————

**O R D E R**

Denise L. Robinson moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                              DENISE ROBINSON v. INTERIOR

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24